IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Trent Hunter,

Plaintiff(s),

v.

Creed Transport Inc.,

Defendant(s).

Case No. 23 C 2694
Judge Edmond E. Chang

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered in favor of the Plaintiff Trent Hunter and against Defendants Creed Transport, Inc., Dogma Transport, Inc., N.T. Solutions, Inc., and Bojan Blazic jointly and severally in the amount of $97,680, before fees and costs.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Edmond E. Chang on a motion for default judgment.

Date: 2/28/2024                    Thomas G. Bruton, Clerk of Court

                                   /s/ Michael Wing, Deputy Clerk